# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

159624(83)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KIRK LEAPHART,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN,
      Defendant-Appellee.

_____/

SC:  159624
COA:  343136
Court of Claims:  17-000130-MZ

On order of the Court, the motion for reconsideration of this Court's February 4, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

a0420



Clerk